IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAUL ERNESTO LEIVA,<br><br>    Petitioner,<br><br>vs.<br><br>DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS,<br><br>    Respondent. | 8:22CV242<br><br>ORDER |

  This matter is before the Court on Petitioner's Motion for Leave to Proceed in Forma Pauperis ("IFP") filed on October 3, 2022. Filing No. 9. Petitioner was previously granted leave to proceed IFP on July 25, 2022. Filing No. 6. Accordingly,

  IT IS ORDERED that: Petitioner's Motion for Leave to Proceed IFP, Filing No. 9, is denied as moot. Petitioner is advised that the next step in this case is for the Court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The Court will conduct this review in its normal course of business.

  Dated this 6th day of October, 2022.

BY THE COURT:

*/s/ Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge